UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ADRIAN L. KEARNEY, )<br>)<br>      Petitioner, )<br>v. )<br>)<br>STANLEY KNIGHT, )<br>)<br>      Respondent. ) | No. 1:05-cv-1302-SEB-JMS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 03/13/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770

John Arthur Pinnow
430 N. Madison Avenue, Suite 2
Greenwood, IN 46142